THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SCOTTI and Others, Appellants.* — Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of BURLINGTON MILLS COMPANY, Respondent, v. CONTINENTAL SILK COMPANY, INC., Appellant, for an Order Confirming the Award of the Arbitrators Herein.— Judgment and orders affirmed, with costs to the petitioner. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of HERBERT A. GOWDY, Respondent, v. FRANCIS STODDART, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, etc., for an Order to Take Possession of the Property of and Rehabilitate the NEW YORK TITLE AND MORTGAGE COMPANY, In re Premises 253–267 West Seventy-third Street, Borough of Manhattan, City of New York.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements to the respondent, Superintendent of Insurance, as rehabilitator. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of CECILIA DANKER, Respondent, against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and JOSEPH D. McGOLDRICK, Comptroller of the City of New York, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [153 Misc. 502.]

SARAH LUTKOWITZ, as Guardian ad Litem of ZELDA LUTKOWITZ, an Infant, etc., Respondent, v. SAMUEL BLOCK and SIDNEY BLOCK, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, is hereby ordered, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Ulster all papers filed n the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ABRAHAM WATERMAN, Respondent, v. ONE HUNDRED AND FOURTH STREET AND WEST END AVENUE CORPORATION and Others, Defendants, Impleaded with SAMUEL J. TILDEN STRAUS, Appellant.— Order modified by requiring the expense of the reference to be borne by the unsuccessful party, and as so modified affirmed, without costs of this appeal. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CONSOLIDATED LAUNDRIES CORPORATION, Respondent, v. JOSEPH ROTH, Appellant.— Order modified by requiring plaintiff to furnish additional security in the sum of $3,000, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROSE P. LINDY, Appellant, v. JACOB LINDY, Respondent.— Order entered May 11, 1934, reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. Appeal from order entered May 18, 1934, dismissed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

* Revd. in part, 266 N. Y. 155.